# EXHIBIT D

| | |
|---|---|
| 1  SHEPPARD, MULLIN, RICHTER & HAMPTON LLP<br>   A Limited Liability Partnership<br>2    Including Professional Corporations<br>  JENNIFER M. HOFFMAN, Cal Bar No. 240600<br>3  333 S. Hope Street<br>  Los Angeles, CA  90071<br>4  Telephone:   213.620.1780<br>  Facsimile:    213.620-1398<br>5  E mail        jhoffman@sheppardmullin.com | Electronically FILED by<br>Superior Court of California,<br>County of Los Angeles<br>6/18/2024 2:13 PM<br>David W. Slayton,<br>Executive Officer/Clerk of Court,<br>By A. Lopez, Deputy Clerk |

```
 1   SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
       A Limited Liability Partnership
 2     Including Professional Corporations
     JENNIFER M. HOFFMAN, Cal Bar No. 240600
 3   333 S. Hope Street
     Los Angeles, CA  90071
 4   Telephone:   213.620.1780
     Facsimile:    213.620-1398
 5   E mail        jhoffman@sheppardmullin.com

 6   SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
     A Limited Liability Partnership
 7   Including Professional Corporations
     JEFFREY S. CROWE, Cal. Bar No. 216055
 8   650 Town Center Drive, 4th Floor
     Costa Mesa, California 92626-1993
 9   Telephone:   714.513.5100
     Facsimile:    714.513.5130
10   Email:        jcrowe@sheppardmullin.com

11   SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
       A Limited Liability Partnership
12     Including Professional Corporations
     ANDREA S. WARREN, Cal. Bar No. 327033
13   501 W. Broadway, 18th Floor
     San Diego, California 92101-3598
14   Telephone:   619.338.6500
     E mail        awarren@sheppardmullin.com
15
     Attorneys for Defendant State Farm General
16   Insurance Company
```

17                SUPERIOR COURT OF THE STATE OF CALIFORNIA

18                  COUNTY OF LOS ANGELES, CENTRAL DISTRICT

| | |
|---|---|
| 19  JACQUELYN "JACKIE" LACEY, in her individual capacity; and JACQUELYN<br>20  "JACKIE" LACEY as trustee of the D and J Lacey Family Trust dated November 23,<br>21  20216,<br>22         Plaintiffs,<br>23     v.<br>24  STATE FARM GENERAL INSURANCE COMPANY, an Illinois corporation, and<br>25  DOES 1-50, inclusive,<br>26         Defendants. | Case No. 24STCV12766<br><br>**DEFENDANT STATE FARM'S ANSWER TO COMPLAINT**<br><br>Judge:   Hon. Kristin S. Escalante<br>Dept.:    24<br><br>[Complaint Filed: 5/21/2024]<br>Trial Date:         Not Set |

27

28

SMRH:4863-9472-5575.2                       -1-                         Case No. 24STCV12766
                               DEFENDANT STATE FARM'S ANSWER TO COMPLAINT

Exhibit D
Page 68

Defendant State Farm General Insurance Company ("State Farm") answers the Complaint of Plaintiff Jacquelyn "Jackie" Lacey, in her individual capacity and as Trustee of the D and J Lacey Family Trust (collectively, "Lacey"), dated November 23, 2016, as follows:

## GENERAL DENIAL

Pursuant to the provisions of California Code of Civil Procedure §431.30, State Farm denies generally and specifically each and every allegation contained in the Complaint, and further denies that Lacey has been damaged in any sum at all, or in any manner at all, or is entitled to any relief whatsoever from State Farm.

## DEFENSES

As separate defenses to the Complaint, State Farm alleges, on information and belief, the following defenses. By alleging the following defenses, State Farm does not assume any burden of production, proof or persuasion as to such defenses not otherwise imposed by law. State Farm reserves the right to allege additional defenses as warranted by discovery:

## FIRST DEFENSE

**(Failure to State a Cause of Action)**

The Complaint, and each purported cause of action therein, fails to state facts sufficient to constitute a cause of action upon which relief can be granted.

## SECOND DEFENSE

**(California Civil Code § 2860)**

The gravamen of Lacey's claims center on a dispute regarding the amount paid by State Farm for independent counsel or *Cumis* fees arising from or related to the defense of David Lacey in an underlying action titled *Abdullah et al. v. Lacey et al.*, Los Angeles Superior Court Case No. 24STCV12766 (the "*Abdullah* Action"), which dispute is governed by Civil Code section 2860 and subject to binding arbitration.

### THIRD DEFENSE

### (Policy Terms)

The claims are barred, in whole or in part, to the extent they fall outside the scope of coverage under Lacey's Homeowners' Policy No. 71-C7-M007-7 and/or Umbrella Policy No. 71-GB-A528-2 (collectively, the "Policies"), and/or are barred by the terms, provisions, limitations, conditions, and/or exclusions of the Policies.

### FOURTH DEFENSE

### (Breach of Policy Terms and/or Conditions)

The Complaint, and each purported cause of action therein, is barred and/or limited to the extent Lacey or any insured, acting individually or through counsel, breached the terms and conditions of the Policies including, but not limited to, the cooperation clause contained in the Policies.

### FIFTH DEFENSE

### (Failure to Mitigate)

The Complaint, and each purported claim for relief therein, is barred to the extent that Lacey or any insured has failed to mitigate their damages, if any, alleged or otherwise, and are therefore estopped from making or pursuing any claim thereon.

### SIXTH DEFENSE

### (Statute of Limitations)

The Complaint, and each purported cause of action therein, is barred to the extent that it contains claims precluded, in whole or in part, by the applicable statute of limitations, including but not limited to California Code of Civil Procedures sections 337, 338, 339, 340, and 343.

### SEVENTH DEFENSE

### (Standing)

The Complaint, and each purported cause of action therein, is barred to the extent Lacey lacks standing to assert any such cause of action or claim.

## EIGHTH DEFENSE

### (Waiver)

The Complaint, and each purported cause of action therein, is barred to the extent that Lacey or any insured, by their actions, knowingly, voluntarily, and willingly, waived any rights they may otherwise have had against State Farm.

## NINTH DEFENSE

### (Estoppel)

The Complaint, and each purported cause of action therein, is barred to the extent that Lacey or any insured is estopped to assert the claims set forth in the Complaint.

## TENTH DEFENSE

### (Due Process)

An award of punitive damages greater than that of compensatory damages would violate State Farm's rights to due process under both the United States Constitution and the California Constitution.

## ELEVENTH DEFENSE

### (Due Process)

Any award of punitive damages based on anything other than State Farm's conduct specific to this lawsuit and/or Lacey would violate the due process clause of the Fourteenth Amendment to the United States Constitution and the California Constitution, because any other judgment for punitive damages in this case cannot protect State Farm against impermissible multiple punishment for the same alleged wrong.

## TWELFTH DEFENSE

### (Due Process)

Unless both liability for punitive damages and the appropriate amount of punitive damages are required to be established by clear and convincing evidence, any award of punitive damages would violate due process rights guaranteed by the Fourteenth Amendment to the United States Constitution and the California Constitution.

## THIRTEENTH DEFENSE

### (Offset / Credit)

In the event there is a finding of damages for Lacey, such damages must be offset to the extent Lacey or any insured received monetary benefits from State Farm and/or collateral sources and/or by the amounts they owe to State Farm and/or the credits/offsets to which State Farm is entitled.

## FOURTEENTH DEFENSE

### (Justification / Privileged)

State Farm's alleged conduct was justified and/or privileged under applicable law, including but not limited to Civil Code section 47.  As a result, Lacey fails to state facts upon which relief may be granted.

## RESERVATION OF RIGHTS

State Farm is informed and believes and thereupon alleges that it may have other separate and additional defenses of which it is presently unaware; State Farm reserves the right to allege other separate and additional defenses upon the discovery of additional facts during the course of discovery.

WHEREFORE, State Farm prays for judgment as follows:

1. That Lacey takes nothing by reason of the Complaint or any pleading on file herein;
2. For costs recoverable under applicable law; and
3. For such other and further relief as the Court may deem just and proper.

Dated: June 18, 2024

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By _____
JENNIFER M. HOFFMAN
JEFFREY S. CROWE
ANDREA S. WARREN

Attorneys for Defendant State Farm General Insurance Company

Electronically FILED by Superior Court of California, County of Los Angeles 6/18/2024 2:13 PM David W. Slayton, Executive Officer/Clerk of Court, By A. Lopez, Deputy Clerk

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
  A Limited Liability Partnership
  Including Professional Corporations
JENNIFER M. HOFFMAN, Cal Bar No. 240600
333 S. Hope Street
Los Angeles, CA 90071
Telephone: 213.620.1780
Facsimile: 213.620-1398
E mail    jhoffman@sheppardmullin.com

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
A Limited Liability Partnership
Including Professional Corporations
JEFFREY S. CROWE, Cal. Bar No. 216055
650 Town Center Drive, 4th Floor
Costa Mesa, California 92626-1993
Telephone: 714.513.5100
Facsimile: 714.513.5130
Email:    jcrowe@sheppardmullin.com

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
  A Limited Liability Partnership
  Including Professional Corporations
ANDREA S. WARREN, Cal. Bar No. 327033
501 W. Broadway, 18th Floor
San Diego, California 92101-3598
Telephone: 619.338.6500
E mail    awarren@sheppardmullin.com

Attorneys for Defendant State Farm General Insurance Company

SUPERIOR COURT OF THE STATE OF CALIFORNIA

COUNTY OF LOS ANGELES, CENTRAL DISTRICT

| | |
|---|---|
| JACQUELYN "JACKIE" LACEY, in her individual capacity; and JACQUELYN "JACKIE" LACEY as trustee of the D and J Lacey Family Trust dated November 23, 20216,<br><br>    Plaintiffs,<br><br>    v.<br><br>STATE FARM GENERAL INSURANCE COMPANY, an Illinois corporation, and DOES 1-50, inclusive,<br><br>    Defendants. | Case No. 24STCV12766<br><br>**PROOF OF SERVICE**<br><br>Judge: Hon. Kristin S. Escalante<br>Dept.: 24<br><br>[Complaint Filed: 5/21/2024]<br>Trial Date:    Not Set |

I, the undersigned, declare under penalty of perjury that I am, and was at the time of service of the papers herein referred to, over the age of eighteen years and not a party to the action; and I am employed in the County of San Diego, State of California, in which county the within-mentioned service occurred. My business address is 501 West Broadway, 18th Floor, San Diego, California 92101.

On June 18, 2024, I served a copy of the following document(s):

**DEFENDANT STATE FARM'S ANSWER TO COMPLAINT**

☒ **BY MAIL:** I enclosed the document(s) in a sealed envelope or package addressed to the persons at the addresses listed in the Service List and placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with the firm's practice for collecting and processing correspondence for mailing. On the same day that the correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.

| | |
|---|---|
| Trent Copeland<br>Keian Vahedy<br>2121 Avenue of the Stars, 30th Floor<br>Los Angeles, CA 90067<br>(t) 310-274-7100<br>(f) 310-275-5697<br>Email: tcopeland@ellisgeorge.com<br>           kvahedy@ellisgeorge.com | *Attorneys for Plaintiff* |
| K&L GATES LLP<br>Ryan Q. Keech<br>Kevin S. Asfour<br>Zachary T. Timm<br>10100 Santa Monica Boulevard, 8th Floor<br>Los Angeles, CA 90067<br>(t) 310-552-5000<br>(f) 310-552-5001<br>Email: Ryan.Keech@klgates.com<br>           Kevin.Asfour@klgates.com<br>           Zach.Timm.@klgates.com | *Attorneys for Plaintiff* |

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on June 18, 2024, at San Diego, California.

_Cristina L. Conroy_
CRISTINA L. CONROY