SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
  A Limited Liability Partnership
   Including Professional Corporations
JENNIFER HOFFMAN, Cal. Bar No. 240600
333 South Hope Street, 43rd Floor
Los Angeles, California 90071-1422
Telephone:  213.620.1780
Facsimile:   213.620.1398
Email:      jhoffman@sheppardmullin.com

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
  A Limited Liability Partnership
   Including Professional Corporations
JEFFREY S. CROWE, Cal. Bar No. 216055
KATHERINE SAMPLE, Cal. Bar No. 259325
650 Town Center Drive, 4th Floor
Costa Mesa, California 92626-1993
Telephone:  714.513.5100
Facsimile:   714.513.5130
Email:      jcrowe@sheppardmullin.com
            ksample@sheppardmullin.com

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
  A Limited Liability Partnership
   Including Professional Corporations
ANDREA S. WARREN, Cal. Bar No. 327033
501 West Broadway, 18th Floor
San Diego, California 92101-3598
Telephone:  619.338.6500
E mail:     awarren@sheppardmullin.com

Attorneys for Defendant
STATE FARM GENERAL INSURANCE COMPANY

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACQUELYN "JACKIE" LACEY, in her individual capacity; and JACQUELYN "JACKIE" LACEY as trustee of the D and J Lacey Family Trust dated November 23, 2016,<br><br>      Plaintiffs,<br><br>   v.<br><br>STATE FARM GENERAL INSURANCE COMPANY, an Illinois corporation, and DOES 1-50, inclusive,<br><br>      Defendants. | Case No. 2:24-cv-05205-FMO-MAA<br><br>Judge:  Hon. Fernando M. Olguin<br>Crtrom: 6D<br><br>**ORDER RE DEFENDANT STATE FARM GENERAL INSURANCE COMPANY'S APPLICATION [18] FOR LEAVE TO SEAL DOCUMENTS DESIGNATED BY ANOTHER PARTY AS CONFIDENTIAL [L.R. 79-5.2.2(b)]** |

**ORDER**

Having considered the Application, Declaration of Katherine Sample, and all other documents presented in relation to Defendant State Farm General Insurance Company's ("State Farm's") Application for Leave to Seal Documents Designated by Another as Confidential, the Court HEREBY ORDERS the following:

1. Mediation confidentiality does not protect from public disclosure the information redacted in State Farm's publicly filed Motion to Compel Arbitration and supporting Declaration of Chad Zimmerman, or the final written settlement agreement attached as Exhibit 16 to the Compendium of Exhibits and submitted under seal, as follows:

| Exhibit No. | Documents Sought to be Filed Under Seal | Portions to be Filed Under Seal | Designating Party |
|---|---|---|---|
|  | State Farm's Motion to Compel Arbitration | pp. 3:10-14; 9:15, 19, 22-24; 10:1-5, 18-23; 14:11-15 | Plaintiffs |
|  | Declaration of Chad Zimmerman | ¶¶27, 31-35 | Plaintiffs |
| 13 | Partially redacted copy of the payment summary from State Farm's Claim File for Claim No. 75-G151-9K3, which the Laceys submitted under their Homeowners Policy. | Indemnity amounts on p. 186 | Plaintiffs |
| 16 | Fully executed Settlement Agreement sent via email by Keian Vahedy to State Farm on June 3, 2024. | Entire Exhibit | Plaintiffs |
| 17 | Partially redacted copy of the payment summary from State Farm's Claim File for Claim No. 75-12X4-70C, which the Laceys submitted under their Personal Liability Umbrella Policy. | Indemnity amounts on p. 220 | Plaintiffs |

2. Plaintiffs [have / have not] met their burden of demonstrating another compelling reason justifying sealing the information redacted in State Farm's public filings and/or submitted under seal;

3. The information identified above shall therefore [be unredacted in State Farm's Motion to Compel Arbitration and Declaration of Chad Zimmerman, and become part of the public record / not be unredacted and remain under seal].

**IT IS SO ORDERED**

DATED: September 30, 2024

_____/s/_____
HON. FERNANDO M. OLGUIN
UNITED STATES DISTRICT JUDGE