1  SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
     A Limited Liability Partnership
2      Including Professional Corporations
   JENNIFER HOFFMAN, Cal. Bar No. 240600
3  333 South Hope Street, 43rd Floor
   Los Angeles, California 90071-1422
4  Telephone:  213.620.1780
   Facsimile:  213.620.1398
5  Email:      jhoffman@sheppardmullin.com

6  SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
     A Limited Liability Partnership
7      Including Professional Corporations
   JEFFREY S. CROWE, Cal. Bar No. 216055
8  KATHRINE SAMPLE, Cal. Bar No. 259325
   650 Town Center Drive, 4th Floor
9  Costa Mesa, California 92626-1993
   Telephone:  714.513.5100
10 Facsimile:  714.513.5130
   Email:      jcrowe@sheppardmullin.com
11 Email:      ksample@sheppardmullin.com

12 SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
     A Limited Liability Partnership
13     Including Professional Corporations
   ANDREA S. WARREN, Cal. Bar No. 327033
14 501 West Broadway, 18th Floor
   San Diego, California 92101-3598
15 Telephone:  619.338.6500
   E mail:     awarren@sheppardmullin.com
16
   Attorneys for Defendant
17 STATE FARM GENERAL INSURANCE COMPANY

18              **UNITED STATES DISTRICT COURT**

19              **CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| 20 JACQUELYN "JACKIE" LACEY, in her individual capacity; and | Case No. 2:24-cv-05205-FMO-MAA |
| 21 JACQUELYN "JACKIE" LACEY as trustee of the D and J Lacey Family | Judge:  Hon. Fernando M. Olguin Crtrm:  6D |
| 22 Trust dated November 23, 2016, | **NOTICE OF ERRATA RE DEFENDANT STATE FARM** |
| 23          Plaintiffs, | **GENERAL INSURANCE COMPANY'S INDEX AND** |
| 24          v. | **COMPENDIUM OF EXHIBITS [ECF 17-4]** |
| 25 STATE FARM GENERAL INSURANCE COMPANY, an Illinois | |
| 26 corporation, and DOES 1-50, inclusive, | |
| 27          Defendants. | |
| 28 | |

SMRH:4885-7074-2765.1                          NOTICE OF ERRATA

Defendant State Farm General Insurance Company ("State Farm") hereby files this Notice of Errata regarding its Index And Compendium Of Exhibits in support of its Motion to Compel Arbitration [ECF 17-4].

State Farm had intended to redact in the publicly filed version of ECF 17-4 certain information based on Plaintiffs' position on mediation privilege and confidentiality, including the amount of State Farm's indemnity payments, pending an Order from the Court on its Application to Seal [ECF 18]. The Court issued an Order the Application to Seal on September 25, 2024 [ECF 20] and State Farm filed an *ex parte* application requesting clarification of the Order [ECF 21]. Plaintiffs opposed the *ex parte* application. An order on the *ex parte* application is pending.

On October 8, 2024, State Farm's counsel discovered that some information regarding the amount of its indemnity payments was inadvertently not redacted in the filed version of ECF 17-4. That same day, State Farm's counsel notified Plaintiffs' counsel and the Deputy Clerk of the inadvertent clerical error and received confirmation that public access to ECF 17-4 was restricted.

State Farm now resubmits a corrected version of ECF 17-4 attached as **Exhibit A** to this Notice, which includes the additional intended redactions.

Dated: October 9, 2024

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By       */s/ Jennifer Hoffman*

JEFFREY S. CROWE
JENNIFER HOFFMAN
ANDREA S. WARREN
Attorneys for Defendant
STATE FARM GENERAL INSURANCE COMPANY