**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Jacquelyn Jackie Lacey,<br><br>                           Plaintiff(s)<br>     v.<br><br>State Farm General Insurance Company et al.,<br>                           Defendant(s) | CASE NUMBER:<br><br>2:24-cv-05205-FMO-MAA<br><br>**MOTION RE: INFORMAL DISCOVERY CONFERENCE** |

A discovery conference with Magistrate Judge Maria A. Audero has been requested. Parties that have not submitted their portion of the Informal Discovery Conference Request form must email their completed portion of such form to Magistrate Judge Audero's Chambers (MAA_Chambers@cacd.uscourts.gov) within 24 hours after issuance of this Motion. The requesting party must submit via email to Magistrate Judge Audero's Chambers the discovery requests and responses at issue within 24 hours after issuance of this Motion.

The Court hereby sets the Informal Discovery Conference on    October 30, 2024    at   3:00pm  .

The hearing will be held: ☐ in person in Courtroom _____ of the Edward R. Roybal Federal Building and Courthouse, 255 E. Temple Street, Los Angeles, California
☐ via Zoom (a Zoom link will be circulated separately)
☑ telephonically (dial-in information will be circulated separately)

Dated:    October 22, 2024                      By:    L. Krivitsky   
                                                                                                              Deputy Clerk