UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES – GENERAL

| | | |
|---|---|---|
| Case No. | 2:24-cv-05205-FMO-MAA | Date: October 30, 2024 |
| Title | Jacquelyn Jackie Lacey v. State Farm General Insurance Company et al | |

Present: The Honorable MARIA A. AUDERO, United States Magistrate Judge

| Cindy Delgado | XtR 10/30/2024 |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiff: | Attorney Present for Defendant: |
|---|---|
| Keian Vahed | Jennifer M Hoffman |
| Ryan Q Keech | Andrea Warren |

**Proceedings (Telephonic): INFORMAL DISCOVERY CONFERENCE (ECF No. 32)**

Case called. Counsel make their appearance on the record.

Before the Court is the parties' first informal discovery conference in this matter, which the Court names "IDC 1." Through IDC 1, Defendant State Farm General Insurance Company ("Defendant") seeks an order compelling Plaintiff Jacqueline Jackie Lacey, in her individual capacity and as Trustee of the D and J Lacey Family Trust dated November 23, 2016 (collectively, "Plaintiffs") to serve supplemental responses and documents and a privilege log in response to Defendant's Requests for Admissions Set One ("RFA") and Requests for Production of Documents Set One ("RFP").

The Court confers with the parties.

With respect to the issues related to Plaintiffs' responses to Defendant's RFA, Defendant advises the Court that such need not be addressed by the Court at this time. With this, the Court considers this issue resolved. Should Defendant subsequently need Court intervention to resolve any issues related to Plaintiffs' responses to Defendant's RFA, the parties may submit a new informal discovery conference request.

With respect to the issues related to Plaintiffs' responses to Defendant's RFP, the parties reach an agreement which the Court memorializes here as follows:

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES – GENERAL

Case No.   2:24-cv-05205-FMO-MAA                                           Date:  October 30, 2024

Title       Jacquelyn Jackie Lacey v. State Farm General Insurance Company et al

1. The parties will continue to meet and confer regarding the terms of a Protective Order. By no later than **5:00 p.m. on November 4, 2024**, the parties will file either (1) a stipulated Protective Order, or (2) separate proposed Protective Orders.  The Court hereby **SETS** an informal telephonic discovery conference for **November 5, 2024 at 11:30 a.m.** to address any disputes regarding the separate proposed Protective Orders.  Thereafter, the Court will issue a Protective Order.  Any documents withheld by Plaintiffs pending the issuance of a Protective Order will be produced **no later than three Court days after the issuance of the Protective Order**.

2. By no later than **5:00 p.m. on November 7, 2024**, Plaintiffs will serve supplemental responses (as needed), a supplemental document production, and a privilege log as to Defendant's RFP.  If Plaintiffs do not comply with this agreement, Defendant may bring a motion to compel under Federal Rule of Civil Procedure ("Rule") 37(a), consistent with the requirements of Central District of California Local Civil Rule ("Local Rule") 37.  For that purpose, the Court **FINDS** that the parties have complied with their pre-motion meet-and-confer obligations pursuant to Rule 37, Local Rule 37, and this Court's requirements.  *See* Fed. R. Civ. P. 37; C.D. Cal. L.R. 37; http://www.cacd.uscourts.gov/honorable-maria-audero.

3. If, after review of Plaintiffs' November 7, 2024 supplementation, Defendant concludes that there are deficiencies in such, the parties will meet and confer to resolve any disputes related to such deficiencies.  If the parties are unable to resolve the disputes, the parties will submit an informal discovery conference request to the Court detailing the nature of the disputes on **November 11, 2024**, for which the Court hereby **SETS** an informal telephonic discovery conference for **November 12, 2024 at 1:30 p.m.**

   Separately, Plaintiffs request an informal discovery conference to address the deficiencies in Defendant's responses to Plaintiffs' document requests.  For this purpose, the Court hereby **SETS** an informal telephonic discovery conference for **November 5, 2024 at 11:30 a.m.**

   Should the parties resolve any of the above disputes without further Court intervention, they shall immediately notify the Court so that any of the above informal discovery conferences may be vacated.

   It is so ordered.

                                                                                                           **Time in Court:**  1:19