# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Jacquelyn Jackie Lacey<br>Plaintiff(s)<br>v.<br>State Farm General Insurance Company et al<br>Defendant(s) | CASE NUMBER:<br>2:24-cv-05205-FMO-MAA<br><br>**MOTION RE: INFORMAL DISCOVERY CONFERENCE** |

A further telephonic Informal Discovery Conference is convened by Magistrate Judge Maria A. Audero to address any disputes regarding the separate proposed Protective Orders.

The Court hereby sets the Informal Discovery Conference on __11/05/2024__ at __11:30am__.

The hearing will be held: ☐ in person in Courtroom ____ of the Edward R. Roybal Federal Building and Courthouse, 255 E. Temple Street, Los Angeles, California
☐ via Zoom (a Zoom link will be circulated separately)
☑ telephonically (dial-in information will be circulated separately)

To ensure quality recordings, please adhere to the following:

**Professional Setting:** Join from a professional setting. Avoid vehicles, public spaces, and locations with background noise.

**Equipment:** Avoid speakerphone use during calls, headsets are preferred when possible.

**Noise Reduction:** Minimize environmental noise and background conversations.

**Clear Communication**: Avoid speaking over one another to prevent audio distortion.

Dated: __10/31/2024__                By: __C. DELGADO__
                                                                Deputy Clerk