# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Jacquelyn Jackie Lacey <br> Plaintiff(s) <br> v. <br> State Farm General Insurance Company et al <br> Defendant(s) | CASE NUMBER: <br> 2:24-cv-05205-FMO-MAA <br><br> **MOTION RE: INFORMAL DISCOVERY CONFERENCE** |

A further telephonic Informal Discovery Conference is convened by Magistrate Judge Maria A. Audero to address RFP Nos. 21–24.

The Court hereby sets the Informal Discovery Conference on  11/8/2024  at  12:00PM .

The hearing will be held:
- [ ] in person in Courtroom ____ of the Edward R. Roybal Federal Building and Courthouse, 255 E. Temple Street, Los Angeles, California
- [ ] via Zoom (a Zoom link will be circulated separately)
- [x] telephonically (dial-in information will be circulated separately)

To ensure quality recordings, please adhere to the following:

**Professional Setting:** Join from a professional setting. Avoid vehicles, public spaces, and locations with background noise.

**Equipment:** Avoid speakerphone use during calls, headsets are preferred when possible.

**Noise Reduction:** Minimize environmental noise and background conversations.

**Clear Communication**: Avoid speaking over one another to prevent audio distortion.

Dated:  11/8/2024          By:  C. DELGADO
                                  Deputy Clerk