## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 24-5205 FMO (MAAx) | Date | December 12, 2024 |
|---|---|---|---|
| Title | Jacquelyn Jackie Lacey v. State Farm General Insurance Company, et al. | | |

Present: The Honorable  Fernando M. Olguin, United States District Judge

| Vanessa Figueroa | None | None |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorney Present for Plaintiff(s):  None Present

Attorney Present for Defendant(s):  None Present

**Proceedings:**   (In Chambers) Order Re: Appointment of Special Master

Having reviewed the docket in this matter, the court believes that resolution of the parties' discovery disputes have (and will continue to) taken a disproportionate amount of judicial resources. Given the nature and extent of the parties' discovery disputes, especially the fact that the parties already have participated in eight informal discovery conferences without resolving their disputes and that the two currently pending informal discovery conferences involve extensive privilege and deposition disputes, the court is persuaded that a Special Master should be appointed in this case. Accordingly, IT IS ORDERED THAT:

1. No later than **December 18, 2024**, each side (not party) shall nominate at least three candidates to be considered for the appointment of Special Master, and shall file a Memorandum Re: Nomination of Special Master ("Memorandum"). At a minimum, the Memorandum should include a copy of each candidate's resume and description of his or her background, especially as it relates to handling and/or ruling on discovery matters in federal court.[1]

2. All pending discovery motions are **stayed** pending the appointment of a Special Master.

|  | 00 | : | 00 |
|---|---|---|---|
| Initials of Preparer | | | vdr |

---

[1] The court is not inclined to consider appointing any candidate that does not have significant experience in handling and/or ruling on federal court discovery matters.