# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACQUELYN "JACKIE" LACEY, in her individual capacity and as trustee of the D and J Lacey Family Trust dated November 23, 2016,<br><br>　　　　　Plaintiff,<br><br>　　　v.<br><br>STATE FARM GENERAL INSURANCE COMPANY,<br><br>　　　　　Defendant. | Case No. CV 24-5205 FMO (MAAx)<br><br>**ORDER RE: APPOINTMENT OF SPECIAL MASTER AND REFERRAL OF MOTION** |

Having reviewed and considered the Special Master Affidavit (Dkt. 72), IT IS ORDERED THAT:

1. The Hon. Michael R. Wilner (Ret.) of JAMS is appointed as Special Master in this action pursuant to Rule 53(a) of the Federal Rules of Civil Procedure. The appointment is effective nunc pro tunc as of January 6, 2025, the date the Court's Order Re: Appointment of Special Master was filed. The parties and the Special Master shall comply with all requirements and deadlines set forth in the court's previous orders.

2. Defendant's Motion to Compel Arbitration (Dkt. 17, "Motion") shall be referred to the Special Master. Accordingly, the Motion (Document No. 17) and all supporting and related filings are referred to the Special Master for a report and recommendation and any proceedings the

1  Special Master deems appropriate.  The parties shall provide the Special Master with copies of

2  the Motion and all documents filed in connection with the Motion.

3  Dated this 31st day of January, 2025.

4

5                                                                /s/
                                                    Fernando M. Olguin
6                                                United States District Judge