SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
   A Limited Liability Partnership
    Including Professional Corporations
JENNIFER HOFFMAN, Cal. Bar No. 240600
350 South Grand Avenue, 40th Floor
Los Angeles, California 90071-3460
Telephone: 213.620.1780
Email: jhoffman@sheppardmullin.com

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
   A Limited Liability Partnership
    Including Professional Corporations
JEFFREY S. CROWE, Cal. Bar No. 216055
650 Town Center Drive, 4th Floor
Costa Mesa, California 92626-1993
Telephone: 714.513.5100
Email: jcrowe@sheppardmullin.com

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
   A Limited Liability Partnership
    Including Professional Corporations
ANDREA S. WARREN, Cal. Bar No. 327033
501 West Broadway, 18th Floor
San Diego, California 92101-3598
Telephone: 619.338.6500
E mail: awarren@sheppardmullin.com

Attorneys for Defendant
STATE FARM GENERAL INSURANCE COMPANY

## UNITED STATES DISTRICT COURT

### CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| JACQUELYN "JACKIE" LACEY, in her individual capacity; and JACQUELYN "JACKIE" LACEY as trustee of the D and J Lacey Family Trust dated November 23, 2016,<br><br>    Plaintiffs,<br>    v.<br>STATE FARM GENERAL INSURANCE COMPANY, an Illinois corporation, and DOES 1-50, inclusive,<br><br>    Defendants. | Case No.: 2:24-cv-05205-FMO-MAA<br><br>Hon. Fernando M. Olguin<br><br>**DEFENDANT STATE FARM GENERAL INSURANCE COMPANY'S NOTICE OF OBJECTIONS TO AND MOTION FOR REVIEW OF, AND MOTION FOR REVIEW OF, SPECIAL MASTER'S REPORT AND RECOMMENDATIONS [ECF 78] RE MOTION TO COMPEL ARBITRATION [FRCP 53]**<br><br>Date: April 10, 2025<br>Time: 10:00 a.m.<br>Crtrm: 6D<br><br>[*Memorandum of Points & Authorities, Declaration of Jennifer Hoffman and [Proposed] Order filed concurrently.*] |

**TO THE HONORABLE COURT, PLAINTIFF JACQUELYN "JACKIE" LACEY, IN HER INDIVIDUAL CAPACITY; AND JACQUELYN "JACKIE" LACEY, AS TRUSTEE OF THE D AND J LACEY FAMILY TRUST DATED NOVEMBER 23, 2016 ("PLAINTIFF") AND HER ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that on April 10, 2025, at 10:00 a.m., or as soon thereafter as the matter may be heard before the Honorable Fernando M. Olguin in Courtroom 6D of the United States District Court, Central District of California, located at the United States Courthouse, 350 West First Street, 5th Floor, Los Angeles, California 90012, Defendant State Farm General Insurance Company ("State Farm"), will and hereby does move the Court for review of Special Master Michael Wilner's March 3, 2025 Report and Recommendation [ECF 78] (the "Report") on State Farm's Motion to Compel Arbitration [ECF 17, 30]:

State Farm respectfully requests that the Court consider State Farm's Objections and Motion for Review of the Report and, on review, grant State Farm's Motion to Compel Arbitration. At a minimum, State Farm requests that the Court: (1) modify the Report and Recommendation in its eventual Order to apply the correct burden under California law, which supports granting the Motion; (2) rely on evidence and *not* unsupported argument or allegations by Plaintiffs' counsel, which State Farm did not have a full and fair opportunity to respond to, and which evidence also supports granting the Motion; and/or (3) grant State Farm's alternative request that the Court reserve judgment on the Motion and grant State Farm leave to file a narrow dispositive motion as to a duty to defend the initial complaint in the *Abdullah* action. State Farm requests a hearing on its Objections to and Motion for Review of the Report.

Defendant's Motion is based on this Notice of Motion, the accompanying Memorandum of Points and Authorities, the Declaration of Jennifer M. Hoffman the papers, records and documentary materials on file or deemed to be on file in this

action, those other matters of which this Court may take judicial notice, the oral arguments of counsel made at the hearing, and upon such other evidence and materials as this Court deems necessary.

Dated:  March 17, 2025          SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

                                By      */s/ Jennifer M. Hoffman*
                                        JENNIFER M. HOFFMAN
                                        ANDREA S. WARREN

                                        Attorneys for Defendant
                                        STATE FARM GENERAL INSURANCE COMPANY