SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
  A Limited Liability Partnership
  Including Professional Corporations
JENNIFER HOFFMAN, Cal. Bar No. 240600
350 South Grand Avenue, 40th Floor
Los Angeles, California 90071-3460
Telephone:  213.620.1780
Email:        jhoffman@sheppardmullin.com

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
  A Limited Liability Partnership
  Including Professional Corporations
JEFFREY S. CROWE, Cal. Bar No. 216055
650 Town Center Drive, 4th Floor
Costa Mesa, California 92626-1993
Telephone:  714.513.5100
Email:        jcrowe@sheppardmullin.com

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
  A Limited Liability Partnership
  Including Professional Corporations
ANDREA S. WARREN, Cal. Bar No. 327033
501 West Broadway, 18th Floor
San Diego, California 92101-3598
Telephone:  619.338.6500
E mail:       awarren@sheppardmullin.com

Attorneys for Defendant
STATE FARM GENERAL INSURANCE COMPANY

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| JACQUELYN "JACKIE" LACEY, in her individual capacity; and JACQUELYN "JACKIE" LACEY as trustee of the D and J Lacey Family Trust dated November 23, 2016,<br><br>Plaintiffs,<br><br>v.<br><br>STATE FARM GENERAL INSURANCE COMPANY, an Illinois corporation, and DOES 1-50, inclusive,<br><br>Defendants. | Case No.: 2:24-cv-05205-FMO-MAA<br><br>Hon. Fernando M. Olguin<br><br>**DEFENDANT STATE FARM GENERAL INSURANCE COMPANY'S NOTICE OF ERRATA RE NOTICE OF OBJECTIONS TO AND MOTION FOR REVIEW OF, AND MOTION FOR REVIEW OF, SPECIAL MASTER'S REPORT AND RECOMMENDATIONS [ECF 78] RE MOTION TO COMPEL ARBITRATION [FRCP 53] [ECF 84]**<br><br>Date:    April 17, 2025<br>Time:    10:00 a.m.<br>Crtrm:   6D |

\

SMRH:4928-0682-3467.1     STATE FARM'S NOTICE OF ERRATA RE NOTICE OF OBJECTIONS TO & MOTION FOR REVIEW OF SPECIAL MASTER'S REPORT AND RECOMMENDATIONS RE MOTION TO COMPEL ARBITRATION

1   **TO THE HONORABLE COURT, PLAINTIFF JACQUELYN**

2   **"JACKIE" LACEY, IN HER INDIVIDUAL CAPACITY; AND JACQUELYN**

3   **"JACKIE" LACEY, AS TRUSTEE OF THE D AND J LACEY FAMILY**

4   **TRUST DATED NOVEMBER 23, 2016 ("PLAINTIFF") AND HER**

5   **ATTORNEYS OF RECORD:**

6       **PLEASE TAKE NOTICE** that Defendant State Farm General Insurance

7   Company inadvertently noticed the hearing on its Objection to and Motion for

8   Review of Special Master's Report and Recommendations regarding State Farm's

9   Motion to Compel (ECF 84) for April 10, 2025 instead of April 17, 2025.  The

10  corrected Notice of Objection to and Motion for Review of Special Master's Report

11  and Recommendation is attached hereto as Exhibit A.

12

13  Dated:  March 18, 2025       SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

14

15                  By      _____
                                    */s/ Jennifer M. Hoffman*
                                 JENNIFER M. HOFFMAN
16                               ANDREA S. WARREN

17                               Attorneys for Defendant
18                          STATE FARM GENERAL INSURANCE
                                       COMPANY
19

20

21

22

23

24

25

26

27

28

SMRH:4928-0682-3467.1   STATE FARM'S NOTICE OF ERRATA RE NOTICE OF OBJECTIONS TO & MOTION FOR REVIEW
OF SPECIAL MASTER'S REPORT AND RECOMMENDATIONS RE MOTION TO COMPEL
ARBITRATION

# EXHIBIT A

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
  A Limited Liability Partnership
  Including Professional Corporations
JENNIFER HOFFMAN, Cal. Bar No. 240600
350 South Grand Avenue, 40th Floor
Los Angeles, California 90071-3460
Telephone:  213.620.1780
Email:       jhoffman@sheppardmullin.com

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
  A Limited Liability Partnership
  Including Professional Corporations
JEFFREY S. CROWE, Cal. Bar No. 216055
650 Town Center Drive, 4th Floor
Costa Mesa, California 92626-1993
Telephone:  714.513.5100
Email:       jcrowe@sheppardmullin.com

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
  A Limited Liability Partnership
  Including Professional Corporations
ANDREA S. WARREN, Cal. Bar No. 327033
501 West Broadway, 18th Floor
San Diego, California 92101-3598
Telephone:  619.338.6500
E mail:       awarren@sheppardmullin.com

Attorneys for Defendant
STATE FARM GENERAL INSURANCE COMPANY

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| JACQUELYN "JACKIE" LACEY, in her individual capacity; and JACQUELYN "JACKIE" LACEY as trustee of the D and J Lacey Family Trust dated November 23, 2016,<br><br>          Plaintiffs,<br>     v.<br><br>STATE FARM GENERAL INSURANCE COMPANY, an Illinois corporation, and DOES 1-50, inclusive,<br><br>          Defendants. | Case No.: 2:24-cv-05205-FMO-MAA<br><br>Hon. Fernando M. Olguin<br><br>**DEFENDANT STATE FARM GENERAL INSURANCE COMPANY'S CORRECTED NOTICE OF OBJECTIONS TO AND MOTION FOR REVIEW OF, AND MOTION FOR REVIEW OF, SPECIAL MASTER'S REPORT AND RECOMMENDATIONS [ECF 78] RE MOTION TO COMPEL ARBITRATION [FRCP 53]**<br><br>Date:    April 17 2025<br>Time:    10:00 a.m.<br>Crtrm:  6D<br><br>[*Memorandum of Points & Authorities, Declaration of Jennifer Hoffman and [Proposed] Order filed concurrently.*] |

-1-                              Case No. 2:24-cv-05205-FMO-MAA

SMRH:4934-9855-7483.1        STATE FARM'S CORRECTED NOTICE OF OBJECTIONS TO & MOTION FOR REVIEW OF
SPECIAL MASTER'S REPORT AND RECOMMENDATIONS RE MOTION TO COMPEL
ARBITRATION

Exhibit A, page 4

1   **TO THE HONORABLE COURT, PLAINTIFF JACQUELYN**

2   **"JACKIE" LACEY, IN HER INDIVIDUAL CAPACITY; AND JACQUELYN**

3   **"JACKIE" LACEY, AS TRUSTEE OF THE D AND J LACEY FAMILY**

4   **TRUST DATED NOVEMBER 23, 2016 ("PLAINTIFF") AND HER**

5   **ATTORNEYS OF RECORD:**

6        **PLEASE TAKE NOTICE** that on April 17, 2025, at 10:00 a.m., or as soon

7   thereafter as the matter may be heard before the Honorable Fernando M. Olguin in

8   Courtroom 6D of the United States District Court, Central District of California,

9   located at the United States Courthouse, 350 West First Street, 5th Floor, Los

10  Angeles, California 90012, Defendant State Farm General Insurance Company

11  ("State Farm"), will and hereby does move the Court for review of Special Master

12  Michael Wilner's March 3, 2025 Report and Recommendation [ECF 78] (the

13  "Report") on State Farm's Motion to Compel Arbitration [ECF 17, 30]:

14       State Farm respectfully requests that the Court consider State Farm's

15  Objections and Motion for Review of the Report and, on review, grant State Farm's

16  Motion to Compel Arbitration.  At a minimum, State Farm requests that the Court:

17  (1) modify the Report and Recommendation in its eventual Order to apply the

18  correct burden under California law, which supports granting the Motion; (2) rely on

19  evidence and *not* unsupported argument or allegations by Plaintiffs' counsel, which

20  State Farm did not have a full and fair opportunity to respond to, and which

21  evidence also supports granting the Motion; and/or (3) grant State Farm's alternative

22  request that the Court reserve judgment on the Motion and grant State Farm leave to

23  file a narrow dispositive motion as to a duty to defend the initial complaint in the

24  *Abdullah* action.  State Farm requests a hearing on its Objections to and Motion for

25  Review of the Report.

26       Defendant's Motion is based on this Notice of Motion, the accompanying

27  Memorandum of Points and Authorities, the Declaration of Jennifer M. Hoffman the

28  papers, records and documentary materials on file or deemed to be on file in this

-2-                                    Case No. 2:24-cv-05205-FMO-MAA

SMRH:4934-9855-7483.1        STATE FARM'S CORRECTED NOTICE OF OBJECTIONS TO & MOTION FOR REVIEW OF
SPECIAL MASTER'S REPORT AND RECOMMENDATIONS RE MOTION TO COMPEL
ARBITRATION

Exhibit A, page 5

1    action, those other matters of which this Court may take judicial notice, the oral

2    arguments of counsel made at the hearing, and upon such other evidence and

3    materials as this Court deems necessary.

4

5    Dated:  March 17, 2025      SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

6

7                 By                */s/ Jennifer M. Hoffman*
                                JENNIFER M. HOFFMAN

8                                  ANDREA S. WARREN

9

                               Attorneys for Defendant

10                STATE FARM GENERAL INSURANCE
                             COMPANY

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

SMRH:4934-9855-7483.1    STATE FARM'S CORRECTED NOTICE OF OBJECTIONS TO & MOTION FOR REVIEW OF
SPECIAL MASTER'S REPORT AND RECOMMENDATIONS RE MOTION TO COMPEL
ARBITRATION