ELLIS GEORGE LLP
Trent Copeland (State Bar No. 136890)
  tcopeland@ellisgeorge.com
2121 Avenue of the Stars, 30th Floor
Los Angeles, California 90067
Telephone: (310) 274-7100
Facsimile: (310) 275-5697

K&L GATES LLP
Ryan Q. Keech (State Bar No. 280306)
  Ryan.Keech@klgates.com
Kevin S. Asfour (State Bar No. 228993)
   Kevin.Asfour@klgates.com
Keian Vahedy (State Bar No. 316708)
   Keian.Vahedy@klgates.com
10100 Santa Monica Blvd., 8th Floor
Los Angeles, CA 90067
Telephone: (310) 552-5000
Facsimile: (310) 552-5001

Attorneys for Plaintiff JACQUELYN
"JACKIE" LACEY, in her individual
capacity; and JACQUELYN "JACKIE"
LACEY as trustee of the D and J Lacey
Family Trust dated November 23, 2016

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| JACQUELYN "JACKIE" LACEY, in her individual capacity; and JACQUELYN "JACKIE" LACEY as trustee of the D and J Lacey Family Trust dated November 23, 2016,<br><br>Plaintiffs,<br><br>vs.<br><br>STATE FARM GENERAL INSURANCE COMPANY, an Illinois corporation, and DOES 1-50, inclusive,<br><br>Defendants. | Case No. 2:24-cv-05205-FMO-MAA<br><br>Hon. Fernando M. Olguin<br>Courtroom 6D<br><br>**DECLARATION OF TRENT COPELAND IN SUPPORT OF PLAINTIFFS' RESPONSE AND OPPOSITION TO DEFENDANT STATE FARM'S "OBJECTIONS TO AND MOTION FOR REVIEW OF SPECIAL MASTER'S REPORT AND RECOMMENDATIONS" [ECF 78]**<br><br>Date of Hearing:  April 17, 2025 |

2532920.1

DECLARATION OF TRENT COPELAND IN SUPPORT OF PLAINTIFFS' RESPONSE AND OPPOSITION TO DEFENDANT STATE FARM'S "OBJECTIONS TO AND MOTION FOR REVIEW OF SPECIAL MASTER'S REPORT AND RECOMMENDATIONS" [ECF78]

# DECLARATION OF TRENT COPELAND

I, Trent Copeland, declare as follows:

1. I am an attorney licensed to practice law in this Court and Partner at the law firm of Ellis George LLP, attorneys of record for Plaintiffs Jacquelyn "Jackie" Lacey and Jacquelyn "Jackie" Lacey as trustee of the D and J. Lacey Family Trust Dated November 23, 2016 ("Plaintiffs"), in this action. I have personal knowledge of each of the matters set forth herein and would testify competently thereto if called upon to do so.

2. I make this Declaration in support of Plaintiffs' response and opposition to Defendant State Farm General Insurance Company's ("State Farm") "Objections to and Motion for Review of Special Master's Report and Recommendations" (ECF 78).

3. A true and correct copy of relevant excerpts from transcript of the February 24, 2025 Motion to Compel Arbitration hearing before Special Master Hon. Michael R. Wilner (Ret.) of JAMS, transcribed by California Certified Stenographic Shorthand Report Cindy E. Pacatte, CSR No. 12839, is attached hereto as **Exhibit A**.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on March 27, 2025, in Los Angeles, California.

                                                             /s/ Trent Copeland
                                                             Trent Copeland