UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACQUELYN "JACKIE" LACEY, in her individual capacity and as trustee of the D and J Lacey Family Trust dated November 23, 2016,<br><br>                    Plaintiff,<br><br>          v.<br><br>STATE FARM GENERAL INSURANCE COMPANY,<br><br>                    Defendant. | Case No. CV 24-5205 FMO (MAAx)<br><br>**ORDER ACCEPTING SPECIAL MASTER'S REPORT AND RECOMMENDATION** |

      Pursuant to the Court's Order Re: Appointment of Special Master (Dkt. 70) and Federal Rule of Civil Procedure 53, the court has reviewed the Special Master's Report and Recommendation (Dkt. 78, "Report and Recommendation"), and all the briefing filed in connection with defendant's Motion for Review of Special Master's Report and Recommendations (Dkt. 84, "Motion"), the court finds that oral argument is not necessary to resolve the Motion. See Fed. R. Civ. P. 78(b); Local Rule 7-15; Willis v. Pac. Mar. Ass'n, 244 F.3d 675, 684 n. 2 (9th Cir. 2001). The court has engaged in a de novo review of those portions of the Report and Recommendation to which objections have been made. See Fed. R. Civ. P. 53(f). The court accepts the recommendations of the Special Master. Accordingly, IT IS ORDERED that:

      1. The oral argument scheduled for April 17, 2025, is hereby **vacated**.

2. The Report and Recommendation **(Document No. 78)** is accepted.

3. Defendant's Motion for Review of Special Master's Report and Recommendations **(Document No. 84)** is **denied**.

4. Defendant's Motion to Compel Arbitration **(Document No. 17)** is **denied without prejudice**.

Dated this 14th day of April, 2025.

/s/
Fernando M. Olguin
United States District Judge