1  SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
      A Limited Liability Partnership
2     Including Professional Corporations
   JENNIFER HOFFMAN, Cal. Bar No. 240600
3  ANDRE J. CRONTHALL, Cal. Bar No. 117088
   350 S. Grand Avenue, 40th Floor
4  Los Angeles, CA 90071-3460
   Telephone:  213.620.1780
5  Facsimile:  213.620.1398
   E mail:     jhoffman@sheppardmullin.com
6              acronthall@sheppardmullin.com

7  SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
      A Limited Liability Partnership
8     Including Professional Corporations
   JEFFREY S. CROWE, Cal. Bar No. 216055
9  650 Town Center Drive, 4th Floor
   Costa Mesa, CA 92626-1993
10 Telephone:  714.513.5100
   Facsimile:  714.513.5130
11 E mail:     jcrowe@sheppardmullin.com

12 SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
      A Limited Liability Partnership
13    Including Professional Corporations
   ANDREA S. WARREN, Cal. Bar No. 327033
14 501 West Broadway, 18th Floor
   San Diego, CA 92101-3598
15 Telephone:  619.338.6500
   Facsimile:  619.234.3815
16 E mail:     awarren@sheppardmullin.com

17 Attorneys for Defendant
   STATE FARM GENERAL INSURANCE COMPANY
18

19                    **UNITED STATES DISTRICT COURT**

20                    **CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JACQUELYN "JACKIE" LACEY, in her individual capacity; and JACQUELYN "JACKIE" LACEY as trustee of the D and J Lacey Family Trust dated November 23, 2016,<br><br>          Plaintiffs,<br>     v.<br>STATE FARM GENERAL INSURANCE COMPANY, an Illinois corporation, and DOES 1-50, inclusive,<br>          Defendants. | Case No.: 2:24-cv-05205-FMO-MAA<br><br>**NOTICE OF SUBMISSION OF DECLARATION OF JENNIFER HOFFMAN REGARDING APRIL 21, 2025 NOTICE OF INTENDED SANCTIONS AND FEE ORDERS**<br><br>Judge:  Hon. Fernando M. Olguin<br>Crtrm:  6D<br>First Street Courthouse<br><br>Mag.:  Hon. Maria A. Audero<br>Crtrm:  880<br>Roybal Federal Building |

-1-                    Case No. 2:24-cv-05205-FMO-MAA

SMRH:4935-1247-4425.1   NOTICE OF SUBMISSION OF DECLARATION OF JENNIFER HOFFMAN RE NOTICE OF
                        INTENDED SANCTIONS AND FEE ORDERS

TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Pursuant to the Special Master's direction in the April 21, 2025 Notice of Intended Sanctions and Fee Orders, Defendant State Farm General Insurance Company ("State Farm") submitted the Declaration of Jennifer Hoffman to the Special Master through JAMS' portal on April 22, 2025. Pursuant to this Court's Order that all papers submitted to the Special Master be filed with the Court (ECF 70), a copy of the Declaration of Jennifer Hoffman is attached hereto as Exhibit A.

Dated: April 22, 2025        SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By        */s/ Jennifer M. Hoffman*
            JENNIFER M. HOFFMAN
            ANDRE J. CRONTHALL
            ANDREA S. WARREN

            Attorneys for Defendant
            STATE FARM GENERAL INSURANCE COMPANY

# EXHIBIT A

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
  A Limited Liability Partnership
  Including Professional Corporations
JENNIFER HOFFMAN, Cal. Bar No. 240600
ANDRE J. CRONTHALL, Cal. Bar No. 117088
350 South Grand Avenue, 40th Floor
Los Angeles, California 90071-3460
Telephone:  213.620.1780
Facsimile:   213.620.1398
Email:        jhoffman@sheppardmullin.com
              acronthall@sheppardmullin.com

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
  A Limited Liability Partnership
  Including Professional Corporations
JEFFREY S. CROWE, Cal. Bar No. 216055
650 Town Center Drive, 4th Floor
Costa Mesa, California 92626-1993
Telephone:  714.513.5100
Facsimile:   714.513.5130
Email:        jcrowe@sheppardmullin.com

Attorneys for Defendant
STATE FARM GENERAL INSURANCE COMPANY

[Additional Counsel Listed on Next Page]

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| JACQUELYN "JACKIE" LACEY, in her individual capacity; and JACQUELYN "JACKIE" LACEY as trustee of the D and J Lacey Family Trust dated November 23, 2016,<br><br>Plaintiffs,<br><br>v.<br><br>STATE FARM GENERAL INSURANCE COMPANY, an Illinois corporation, and DOES 1-50, inclusive,<br>Defendants. | Case No. 2:24-cv-05205-FMO-MAA<br><br>**DECLARATION OF JENNIFER HOFFMAN REGARDING APRIL 21, 2025 NOTICE OF INTENDED SANCTIONS AND FEE ORDERS**<br><br>Judge:  Hon. Fernando M. Olguin<br>Crtrm:  6D |

| | |
|---|---|
| 1 | SHEPPARD, MULLIN, RICHTER & HAMPTON LLP |
|  |   A Limited Liability Partnership |
| 2 |    Including Professional Corporations |
|  | ANDREA S. WARREN, Cal. Bar No. 327033 |
| 3 | 501 West Broadway, 18th Floor |
|  | San Diego, California 92101-3598 |
| 4 | Telephone: 619.338.6500 |
|  | E mail: awarren@sheppardmullin.com |
| 5 | |
| 6 | Attorneys for Defendant |
|  | STATE FARM GENERAL INSURANCE COMPANY |
| 7 | |
| 8 | |
| ... | |
| 28 | |

-2-  Case No. 2:24-cv-05205-FMO-MAA

I, Jennifer M. Hoffman, declare:

1. I am an attorney at law duly licensed to practice before this Court, and am a partner at Sheppard, Mullin, Richter & Hampton, LLP, attorneys of record for Defendant State Farm General Insurance Company ("State Farm"). If called to testify as to the following facts, I would and could competently do so.

2. On April 21, 2025, the Special Master, Hon. Michael R. Wilner (Ret.), issued a "Notice of Intended Sanctions and Fee Orders." Pursuant to the Order, I am submitting this Declaration to summarize the fees incurred by State Farm in connection with our drafting of a supplemental brief regarding privilege issues filed on April 14, 2025, and preparing for the hearing scheduled for April 22, 2025, before issuance of the Special Master's April 21 tentative ruling.

3. I rendered services amounting to $2,990 in reviewing and revising the briefing, including review of the authority cited therein.

4. I am informed and believe that Associate Carolyn Carey rendered services amounting to $16,065 in preparing the briefing, including time spent researching and cite-checking the brief. In addition, Ms. Carey rendered services in the amount of $2,430 for hearing preparation, which included time spent confirming the inaccurate case and record citations contained in Plaintiffs' brief.

5. I am informed and believe that Paralegal Chris Quesada rendered services amounting to $2,125 in supporting the preparation of the brief, which included time spent compiling the information supporting the record citations in the brief. In addition, Mr. Quesada rendered services in the amount of $350 for hearing preparation, which included time spent confirming the inaccurate record citations contained in Plaintiffs' brief.

6. Based on the above, State Farm incurred a total of $21,180 for the preparation and filing of its supplemental brief. In addition, State Farm incurred a total of $2,780 for hearing preparation before issuance of the Special Master's April 21 tentative ruling.

1  I declare under penalty of perjury pursuant to the laws of the State of
2  California and the United States of America that the foregoing is true and correct to
3  my personal knowledge.
4      Executed this 22nd day of April 2025, at Los Angeles, California.

                                          /s/ *Jennifer Hoffman*
                                        JENNIFER HOFFMAN