SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
  A Limited Liability Partnership
  Including Professional Corporations
JENNIFER HOFFMAN, Cal. Bar No. 240600
ANDRE J. CRONTHALL, Cal. Bar No. 117088
350 South Grand Avenue, 40th Floor
Los Angeles, California 90071-3460
Telephone: 213.620.1780
Facsimile: 213.620.1398
Email:  jhoffman@sheppardmullin.com
        acronthall@sheppardmullin.com

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
  A Limited Liability Partnership
  Including Professional Corporations
JEFFREY S. CROWE, Cal. Bar No. 216055
650 Town Center Drive, 4th Floor
Costa Mesa, California 92626-1993
Telephone: 714.513.5100
Facsimile: 714.513.5130
Email:  jcrowe@sheppardmullin.com

Attorneys for Defendant
STATE FARM GENERAL INSURANCE COMPANY

[Additional Counsel Listed on Next Page]

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| JACQUELYN "JACKIE" LACEY, in her individual capacity; and JACQUELYN "JACKIE" LACEY as trustee of the D and J Lacey Family Trust dated November 23, 2016,<br><br>       Plaintiffs,<br>   v.<br><br>STATE FARM GENERAL INSURANCE COMPANY, an Illinois corporation, and DOES 1-50, inclusive,<br>       Defendants. | Case No. 2:24-cv-05205-FMO-MAA<br><br>**DEFENDANT STATE FARM GENERAL INSURANCE COMPANY'S NOTICE OF MOTION FOR RECONSIDERATION**<br><br>Date:   May 29, 2025<br>Time:   10:00 a.m.<br>Judge:  Hon. Fernando M. Olguin<br>Crtrm:  6D<br><br>*[Filed concurrently with Memorandum of Points and Authorities; Declaration of Andrea Warren and Proposed Order]* |

1  SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
     A Limited Liability Partnership
2    Including Professional Corporations
   ANDREA S. WARREN, Cal. Bar No. 327033
3  501 West Broadway, 18th Floor
   San Diego, California 92101-3598
4  Telephone:  619.338.6500
   E mail:      awarren@sheppardmullin.com
5
   Attorneys for Defendant
6  STATE FARM GENERAL INSURANCE COMPANY

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**TO THE HONORABLE COURT, PARTIES, AND ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that on May 29, 2025, at 10:00 a.m., or as soon thereafter as the matter may be heard before the Honorable Fernando M. Olguin in Courtroom 6D of the United States District Court, Central District of California, located at the United States Courthouse, 350 West First Street, 6th Floor, Los Angeles, California 90012, Defendant State Farm General Insurance Company ("State Farm"), will and hereby does move the Court to reconsider the Court's Order Accepting Special Master's Report and Recommendation. (ECF 100).

State Farm respectfully requests that the Court reconsider its Order in light of the evidence and argument set forth in State Farm's pending Motion for Sanctions, and Plaintiffs' counsel's conduct since entry of the Order.

As detailed in the Motion for Sanctions, Plaintiffs' counsel herein, *Cumis* counsel below, made materially false allegations in the Complaint in violation of Rule 11. They made those allegations, at least in part, to disguise the fact that this case centers on a fee dispute between Plaintiffs' counsel and State Farm. They then successfully relied upon those allegations to avoid mandatory arbitration.

Now, only after this Court denied State Farm's Motion to Compel Arbitration, have Plaintiffs' counsel indicated a willingness to remove those allegations from this lawsuit. However, they have conditioned their proposal on State Farm's agreement that they may raise other meritless allegations.

The bad faith conduct that has permeated and wrongfully prolonged this litigation must cease. Reconsideration is another means to redress Plaintiffs' counsel's wrongful conduct, in addition to granting State Farm's Motion for Sanctions.

State Farm's Motion is based on this Notice of Motion, the accompanying Memorandum of Points and Authorities, the Declaration of Andrea Warren, the papers, records and documentary materials on file or deemed to be on file in this

1  action, those other matters of which this Court may take judicial notice, the oral
2  arguments of counsel made at the hearing, and upon such other evidence and
3  materials as this Court deems necessary.
4       This motion is made following the conference of counsel pursuant to L.R. 7-3
5  which took place on April 21, 2025.

7  Dated: April 28, 2025     SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

               By     /s/ *Jennifer Hoffman*
               JENNIFER HOFFMAN
               ANDRE J. CRONTHALL
               JEFFREY S. CROWE
               ANDREA WARREN
               Attorneys for Defendant
               STATE FARM GENERAL INSURANCE COMPANY