# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | CV 24-5205 FMO (MAAx) | Date | April 28, 2025 |
| Title | Jacquelyn Jackie Lacey v. State Farm General Insurance Company | | |

**Present: The Honorable** Fernando M. Olguin, United States District Judge

| Vanessa Figueroa | None | None |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorney Present for Plaintiff:   Attorney Present for Defendant:

None Present   None Present

**Proceedings:**   **(In Chambers) Order Referring Motion [107] and Future Matters**

Having reviewed defendant's Motion for Sanctions (Dkt. 107, "Motion"), IT IS ORDERED THAT:

1. Defendant's Motion (Document No. 107) shall be referred to the Special Master. Accordingly, the Motion (Document No. 107) and all supporting and related filings are referred to the Special Master for a decision or recommendation and any proceedings the Special Master deems appropriate. The parties shall provide the Special Master with copies of the Motion and all documents filed in connection with the Motion.

2. All further filings or issues in this action are referred to the Special Master.

|  | 00 | : | 00 |
|---|---|---|---|
|  | Initials of Preparer | | vdr |