# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACQUELYN JACKIE LACEY<br><br>PLAINTIFF(S)<br><br>v.<br><br>STATE FARM GENERAL INSURANCE COMPANY , et al.<br><br>DEFENDANT(S). | CASE NUMBER:<br><br>2:24–cv–05205–FMO–MAA<br><br>---<br><br>**ORDER TO STRIKE ELECTRONICALLY FILED DOCUMENT(S)** |

The Court hereby **ORDERS** the documents listed below be **STRICKEN** for failure to comply with the Court's Local Rules, General Orders, and/or Case Management Order, as indicated:

  5/9/2025   /   120   /   Motion  
*Date Filed*   *Doc. No.*   *Title of Document*

__   /   __   /   __
*Date Filed*   *Doc. No.*   *Title of Document*

Hearing information is missing, incorrect, or not timely.

Other:

Dated:  May 12, 2025                    By:  /s/ *Fernando M. Olguin*  
                                          U.S. District Judge

**Please refer to the Court's website at www.cacd.uscourts.gov for Local Rules, General Orders, and applicable forms.**