```
SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
   A Limited Liability Partnership
   Including Professional Corporations
JENNIFER HOFFMAN, Cal. Bar No. 240600
ANDRE J. CRONTHALL, Cal. Bar No. 117088
350 South Grand Avenue, 40th Floor
Los Angeles, California 90071-3460
Telephone:  213.620.1780
Facsimile:  213.620.1398
Email:      jhoffman@sheppardmullin.com
            acronthall@sheppardmullin.com

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
   A Limited Liability Partnership
   Including Professional Corporations
JEFFREY S. CROWE, Cal. Bar No. 216055
650 Town Center Drive, 4th Floor
Costa Mesa, California 92626-1993
Telephone:  714.513.5100
Facsimile:  714.513.5130
Email:      jcrowe@sheppardmullin.com
```

Attorneys for Defendant
STATE FARM GENERAL INSURANCE COMPANY

*[Additional Counsel Listed on Next Page]*

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| JACQUELYN "JACKIE" LACEY, in her individual capacity; and JACQUELYN "JACKIE" LACEY as trustee of the D and J Lacey Family Trust dated November 23, 2016,<br><br>  Plaintiffs,<br><br>  v.<br><br>STATE FARM GENERAL INSURANCE COMPANY, an Illinois corporation, and DOES 1-50, inclusive,<br><br>  Defendants. | Case No. 2:24-cv-05205-FMO-MAA<br><br>Hon. Fernando M. Olguin<br><br>**NOTICE OF FILING *UNREDACTED* MOTION FOR SANCTIONS (ECF 107) FOLLOWING DENIAL OF APPLICATION TO SEAL (ECF 115)**<br><br>Briefing Schedule on Motion Specially Set by Special Master Hon. Michael R. Wilner (Ret.) (ECF 112)<br><br>Date: June 4, 2025<br>Time: 10:30 a.m. |

1  SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
     A Limited Liability Partnership
2     Including Professional Corporations
   ANDREA S. WARREN, Cal. Bar No. 327033
3  501 West Broadway, 18th Floor
   San Diego, California 92101-3598
4  Telephone:  619.338.6500
   E mail:    awarren@sheppardmullin.com
5
   Attorneys for Defendant
6  STATE FARM GENERAL INSURANCE COMPANY

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Defendant State Farm General Insurance Company ("State Farm") submits the following Notice of Filing of *Unredacted* Motion for Sanctions ("Motion") as follows:

On April 22, 2025, State Farm filed the *Redacted* version of its Motion for Sanctions (ECF 107) originally set for hearing on May 22, 2025. Also on April 22, 2025, State Farm filed an Application to File portions of its Motion and supporting Compendium of Exhibits under seal (ECF 108).

This Court subsequently referred the Motion to the Special Master, who specially set the hearing on the Motion for June 4, 2025 at 10:30 a.m. (ECF 111, 112).

On May 5, 2025, this Court issued an Order denying the Application to seal. (ECF 115).

Accordingly, and pursuant to Local Rule 79-5.2.2.(b)(ii), State Farm hereby attaches to this Notice its *Unredacted* Motion for Sanctions, and Compendium of Exhibits as **Exhibits 1 and 2, respectively,** which were previously submitted to the Court and served on the parties and JAMS in unredacted form on April 22.[1]

Dated:  May 12, 2025            SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By     /s/ *Jennifer Hoffman*
JENNIFER HOFFMAN
ANDRE J. CRONTHALL
JEFFREY S. CROWE
ANDREA WARREN
Attorneys for Defendant
STATE FARM GENERAL INSURANCE COMPANY

---

[1] Because the Local Rules provide for the filing of an unredacted version of the document previously submitted under seal (L.R. 79.5.2.2(b)(ii)), the caption page in Exhibits 1 and 2 have not been revised to reflect the current hearing date of June 4 before Special Master Wilner.