UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 24-5205 FMO (MAAx) | Date | May 13, 2025 |
|---|---|---|---|
| Title | Jacquelyn Jackie Lacey v. State Farm General Insurance Company | | |

| Present: The Honorable | Fernando M. Olguin, United States District Judge | |
|---|---|---|
| Vanessa Figueroa | None | None |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorney Present for Plaintiff: | Attorney Present for Defendant: |
|---|---|
| None Present | None Present |

**Proceedings:** (In Chambers) Order Re: Application to Seal [117]

Having reviewed defendant State Farm General Insurance Company's Application for Leave to Seal Documents (see Dkt. 117, "Application"), the court concludes as follows. Plaintiff did not file a response, see Local Rule 79-5.2.2(b), and neither party has demonstrated that good cause exists to seal the documents at issue. Accordingly, IT IS ORDERED THAT the Application **(Document No. 117)** is **denied**.

|  | 00 : 00 |
|---|---|
| Initials of Preparer | vdr |