FILED
6/4/25
CLERK, U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
BY: V. Figueroa  DEPUTY

JAMS CASE REFERENCE NO. 1210040394

USDC CASE NO. CV 24-5205 FMO (MAAx) (C.D. Cal.)

Jacquelyn "Jackie" Lacey, et al.,

    Plaintiff,

    v.

State Farm General Insurance Co.,

    Defendant.

_____

## ORDER RE: MOTIONS HEARING

    1.    I conducted a hearing today on State Farm's Rule 11 motion (Docket # 107) and request for reconsideration of my earlier arbitration decision (Docket # 110).

    2.    At the request of the defense, I'll defer ruling on the arbitration reconsideration motion. Instead, because State Farm indicated that it did not intend to file an objection to my recommendation that the First Amended Complaint be filed[1] (Docket # 131), Defendant's deadline to respond to the amended pleading (by answer or motion) will be June 26. If the parties reach agreement on a different schedule, please present that to me for review.

    3.    As discussed, I want to reflect on the parties' arguments before determining whether to rule on the Rule 11 motion. Additionally, after our call, I received word that the Sheppard Mullin firm received payment of the sanctions related to my earlier order. I consider the matter closed.

    4.    Finally, Defendant raised potential discovery disputes (testimony from Plaintiff's lawyers, and an expert witness issue) for my future consideration. I directed the parties to discuss these topics and attempt to reach an accommodation. I don't presently plan to set a briefing schedule or hearing. However, I'd like to be informed about the status of your talks. Please send me a

---

[1] Please be advised that I informed District Judge Olguin that the defense will not object to the recommendation.

short update (e-mail via JAMS Access is fine, joint submission if possible) by June 13 about the discovery state of play.


Dated: June 4, 2025                                         /s/ Judge Wilner

                                                            _____
                                                            Hon. Michael R. Wilner (Ret.)
                                                            Special Master