# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACQUELYN "JACKIE" LACEY, et al., | Case No. CV 24-5205 FMO (MAAx) |
| Plaintiffs, | **SUPPLEMENTAL DISCLOSURE OF HON MICHAEL R. WILNER (RET.)** |
| v. | **FRCP 53** |
| STATE FARM GENERAL INSURANCE CO., | |
| Defendant. | |

I have been selected to serve as an Arbitrator in two separate cases in which K&L Gates LLP are involved. I believe that my participation in the new cases will not affect my neutrality in the current case.

If you have any questions, please contact Stephanie Barraza at 213-253-9796.

Dated: June 16, 2025                            /s/ Judge Wilner

_____

HON. MICHAEL R. WILNER
U.S. MAGISTRATE JUDGE (RET.)
SPECIAL MASTER

2