**JS–6**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACQUELYN JACKIE LACEY<br><br>Plaintiff(s),<br><br>v.<br><br>STATE FARM GENERAL INSURANCE COMPANY, et al.<br><br>Defendant(s). | CASE NO:<br>2:24−cv−05205−FMO−MAA<br><br>**ORDER DISMISSING ACTION WITHOUT PREJUDICE** |

Having been advised by counsel that the above-entitled action has been settled, IT IS ORDERED that the above-captioned action is hereby dismissed without costs and without prejudice to the right, upon good cause shown within <u>60 days</u>, to re-open the action if settlement is not consummated. The court retains full jurisdiction over this action and this Order shall not prejudice any party to this action. Failure to re-open or seek an extension of time to re-open the action by the deadline set forth above shall be deemed as consent by the parties to dismissal of the action without prejudice. <u>See</u> Fed. R. Civ. P. 41(b); <u>Link v. Wabash R.R. Co.</u>, 370 U.S. 626, 629-30, 82 S.Ct. 1386, 1388 (1962).

Dated The 24th of July 2025                   _____/s/_____
                                                                  Fernando M. Olguin
                                                                  United States District Judge