```
ELLIS GEORGE LLP
Eric M. George, Cal. Bar No. 166403
Trent Copeland Cal. Bar No. 136890
2121 Avenue of the Stars, 30th Floor
Los Angeles, California 90067
Telephone:    310.274.7100
Email:        egeorge@ellisgeorge.com
              tcopeland@ellisgeorge.com

K&L GATES LLP
Ryan Q. Keech, Cal. Bar No. 280306
Kevin S. Asfour, Cal. Bar No. 228993
Keian Vahedy, Cal. Bar No. 316708
10100 Santa Monica Boulevard, 8th Floor
Los Angeles, California 90067
Telephone:    310.552.5000
Email:        Ryan.Keech@klgates.com
              Kevin.Asfour@klgates.com
              Keian.Vahedy@klgates.com
```

*Attorneys for Plaintiffs*

```
SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
   A Limited Liability Partnership
   Including Professional Corporations
JENNIFER HOFFMAN, Cal. Bar No. 240600
ANDRE J. CRONTHALL, Cal. Bar No. 117088
350 South Grand Avenue, 40th Floor
Los Angeles, California 90071-3460
Telephone:    213.620.1780
Email:        jhoffman@sheppardmullin.com
              acronthall@sheppardmullin.com
```

*Attorneys for Defendant*

*[Additional Attorneys Listed on Next Page]*

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| JACQUELYN "JACKIE" LACEY, in her individual capacity; and JACQUELYN "JACKIE" LACEY as trustee of the D and J Lacey Family Trust dated November 23, 2016,<br><br>　　　　　　Plaintiffs,<br>　　v.<br><br>STATE FARM GENERAL INSURANCE COMPANY, an Illinois corporation, and DOES 1-50, inclusive,<br><br>　　　　　　Defendants. | Case No. 2:24-cv-05205-FMO-MAA<br><br>**ORDER GRANTING STIPULATION [147] OF DISMISSAL**<br><br>Hon. Fernando M. Olguin<br><br>Judge:　Hon. Michael R. Wilner, Ret.<br>Location:　JAMS Century City Facility |

SMRH:4930-5470-6519.1　　　　　　　　-1-

| | |
|---|---|
| 1 | SHEPPARD, MULLIN, RICHTER & HAMPTON LLP |
| | A Limited Liability Partnership |
| 2 | Including Professional Corporations |
| | JEFFREY S. CROWE, Cal. Bar No. 216055 |
| 3 | 650 Town Center Drive, 4th Floor |
| | Costa Mesa, California 92626-1993 |
| 4 | Telephone:    714.513.5100 |
| | Email:        jcrowe@sheppardmullin.com |
| 5 | SHEPPARD, MULLIN, RICHTER & HAMPTON LLP |
| | A Limited Liability Partnership |
| 6 | Including Professional Corporations |
| | ANDREA S. WARREN, Cal. Bar No. 327033 |
| 7 | 501 West Broadway, 18th Floor |
| | San Diego, California 92101-3598 |
| 8 | Telephone:    619.338.6500 |
| | E mail:        awarren@sheppardmullin.com |

*Attorneys for Defendant*

Based on the Stipulation of Dismissal entered into by the Parties in this action,

IT IS HEREBY ORDERED the Stipulation is granted. This action is dismissed WITH PREJUDICE.

IT IS SO ORDERED.

Dated: September 18, 2025

/s/
HON. FERNANDO M. OLGUIN
UNITED STATES DISTRICT JUDGE

SMRH:4930-5470-6519.1                            -3-